# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>Four United States Postal Service parcels seized on July 25, 2024, at the USPS San Bernardino Processing and Distribution Center located in Redlands, California, and currently in United States Postal Inspection Service's custody in San Bernardino, California | Case No. 5:24-MJ-00327 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1); 846; and 843(b) | See attached affidavit |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

_____
*Applicant's signature*

USPIS Postal Inspector, **David Smith**
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

City and state: Riverside, CA

_____
*Judge's signature*

Honorable David T. Bristow, U.S. Magistrate Judge
*Printed name and title*

AUSA: Miles Robinson (951-276-6230)

**AFFIDAVIT**

I, David Smith, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a warrant to search the following four United States Postal Service ("USPS") parcels (collectively, the "SUBJECT PARCELS"):

    a. USPS Priority Mail Express parcel with tracking number EI 226 505 372 US, weighing approximately 13 ounces, with a return address of "SiG Inc 2177 Harbor Blvd CoSta mesa , CA 92627," and recipient address of "Alex Koby 26696 KirKway circle woodhaven , MI 48183" ("SUBJECT PARCEL 1");[1]

    b. USPS Priority Mail parcel Express with tracking number EJ 517 037 860 US, weighing approximately 15 ounces, with a return address of "SiG Inc 2177 Harbor Blvd CoSta mesa , CA 92627," and recipient address of "Mathew StaH 70-25 YellowStone Forest Hills, NY 11375" ("SUBJECT PARCEL 2");

    c. USPS Priority Mail Express parcel with tracking number EJ 552 224 872 US, weighing approximately 1 pound 2 ounces, with a return address of "MikE JONES 15365 PeARMAiN St ADELANT CA 92301," and recipient address of "MR gURU 2657 LENOX RD NE F84 ATLANTA GA 30324" ("SUBJECT PARCEL 3");

    d. USPS Priority Mail parcel with tracking number 9505 5141 0116 4206 4020 99, weighing approximately 5 pounds 13.9 ounces, with a return address of "ChARLIE BROWNIE 942 E St

---

[1] The return and recipient addresses for the SUBJECT PARCELS are provided verbatim, including typographic and punctuation errors, as they appear on the parcels.

#3 BRAWLY CA 92227," and recipient address of "91-1109 KAIKO ST EWA BEACH HI 96706" ("SUBJECT PARCEL 4").

    2.    The SUBJECT PARCELS are in the custody of the United States Postal Inspection Service ("USPIS") in San Bernardino, California, and are described more fully in Attachment A, which is incorporated by reference.

    3.    The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution and possession with intent to distribute a controlled substance), 846 (conspiracy to distribute or possess with intent to distribute a controlled substance), and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "SUBJECT OFFENSES"), as described more fully in Attachment B, which is also incorporated by reference.

    4.    The facts set forth in this affidavit are based on my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically noted otherwise, all conversations and statements described in this affidavit are provided in substance and in part only and all dates are on or about the date listed.

## II. TRAINING AND EXPERIENCE

5.  I am a United States Postal Inspector with the USPIS and have been since June 2017.  I am currently assigned to the USPIS San Diego Division, Narcotics Team and Parcel Task Force, which is responsible for investigating drug trafficking organizations that use parcels to distribute illegal narcotics and narcotics proceeds.  I am currently on temporary assignment investigating narcotics distribution and narcotics proceeds in San Bernardino County using the United States Postal Service.

6.  My current duties include investigating violations of the federal Controlled Substance Act and related offenses.  I have also had training regarding the investigation of individuals who use USPS to transport controlled substances and proceeds from their sale, and who use currency and USPS money orders to launder the proceeds.

7.  From June 2017 through September 2017, I attended the Basic Postal Inspector Academy.  I am a member of the San Diego Contraband Interdiction and Investigations Team.  Before this assignment, I was assigned to the USPIS's Mail Theft and Violent Crimes team in San Diego, California.  I have had formal training in controlled substance investigations, and I have become familiar with the manner in which controlled substances are packaged, marketed, cultivated, manufactured, and consumed.  Before this position, I was a United States Border Patrol Agent for nine years.  Over the course of my law enforcement career, I have attended several training courses related to narcotics trafficking and drug cartels, identity theft, money laundering,

bitcoin and cryptocurrency, the dark web, cell phone investigations, and asset forfeiture.

### III. SUMMARY OF PROBABLE CAUSE

8. On July 25, 2024, Postal Inspectors identified the SUBJECT PARCELS at the USPS San Bernardino Distribution and Processing Center for further investigation because they met certain criteria common to packages containing contraband. I believe that the SUBJECT PARCELS contain controlled substances or the proceeds from the trafficking of controlled substances because a drug-detection canine alerted to the presence of a controlled substance odor in the SUBJECT PARCELS, which were placed in an area among empty parcels. Additionally, the SUBJECT PARCELS had features that are common to parcels containing contraband. Specifically, the SUBJECT PARCELS were USPS Priority Mail and Priority Mail Express parcels without business account numbers, and the names of some of the senders and/or recipients did not appear in law enforcement databases as associated with the listed addresses.

### IV. STATEMENT OF PROBABLE CAUSE

#### A. Background on Use of Mails for Drug Trafficking

9. Based on my training and experience as a Postal Inspector, and the experiences shared with me by fellow Postal Inspectors who specialize in drug investigations, I know that Postal Inspectors have been conducting investigations into drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s. In particular, they began conducting organized interdictions of Express Mail and Priority Mail parcels

4

suspected of containing controlled substances and proceeds from the sale of controlled substances in Los Angeles, California, in the early 1990s. Along with conducting organized interdictions, Postal Inspectors also regularly examine and investigate Express Mail and Priority Mail parcels throughout the year. During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances using boxes, with the proceeds in the form of cash. Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders. By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances that lend a sense of legitimacy to the parcel.

    10. From my training, personal experience, and the collective experiences relayed to me by other Postal Inspectors who specialize in investigations concerning the mailing of controlled substances and drug proceeds, I am aware that the San Bernardino County and Riverside County areas (collectively, the "Inland Empire") are a significant source area for controlled substances. Additionally, parcels from Imperial County, which are processed in San Bernardino USPS facilities, are also a significant source area for controlled substances. As such, controlled substances are frequently transported from these

5

areas via the United States Mail, and the proceeds from the sale of controlled substances are frequently returned to the Inland Empire area via the United States Mail. These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000. Based on my training and experience, I know that proceeds from the sale of controlled substances often contain the odor of controlled substances because they have been contaminated with or associated with the odor of one or more controlled substances.

    11. I also know based on my training and experience that drug traffickers will often use one of two USPS services: (1) Priority Mail Express Service, which is the overnight/next day delivery mail service, and (2) Priority Mail Service, which is the two-to-three-day delivery mail service. Drug traffickers use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the package's progress to the intended delivery point. Drug traffickers often use the Priority Mail delivery service because it allows drug traffickers more time for travel between states if they are following their shipments to their destinations for distribution. Like Priority Mail Express, Priority Mail also allows drug traffickers to track the package's progress to the intended delivery point.

    12. Based on my training and experience, and the collective experiences shared with me by fellow Postal Inspectors who specialize in investigations involving the mailing of controlled substances and proceeds from the sale of

6

controlled substances, I know that the following indicia suggest that a parcel may contain drugs or drug trafficking proceeds:

    a. The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope.

    b. The parcel bears a handwritten label, whether USPS Priority Mail Express or Priority Mail.

    c. The handwritten label on the parcel does not contain a business account number.

    d. The seams of the parcel are all taped or glued shut.

    e. The parcel emits a particular odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

    f. Multiple parcels are mailed by the same individual, on the same day, from different locations.

13. Parcels exhibiting some of these characteristics are the subject of further investigation, which may include verification of the addressee and return addresses and examination by a trained drug detection dog.

14. I also know from my experience and training that drug traffickers often use fictitious or incomplete names and/or addresses in an effort to conceal their identities from law enforcement officers investigating these types of cases and suspicious parcels. Indeed, it is my experience that to the extent real addresses are ever used it is only to lend a legitimate appearance to the parcel and is commonly paired with a false name.

**B.     Initial Investigation of the SUBJECT PARCELS**

15.   On July 25, 2024, during routine parcel inspections at the USPS San Bernardino Distribution and Processing Center, Postal Inspectors saw that the SUBJECT PARCELS met some of the above-mentioned indicia for the identification of parcels containing drugs or drug trafficking proceeds.  Specifically, the SUBJECT PARCELS were mailed using Priority Mail and Priority Mail Express, and they did not contain business account numbers.

16.   On July 25, 2024, Postal Inspectors assisting with this investigation used CLEAR, a law enforcement and open-source database, to look up the return and recipient addresses listed on SUBJECT PARCELS 1-4 and determined the following:

   a.   According to CLEAR records and Google, the return address listed on SUBJECT PARCEL 1 and 2 is an automotive business named "Signature Performance Tire Pros" but not "SiG Inc"  SUBJECT PARCELS 1 and 2 were mailed in Riverside, CA, however, the return address was in Costa Mesa, CA, a distance of approximately 50 miles.  On July 29, 2024, I called Signature Performance Tire Pros and spoke with a customer service representative.  They stated that the parcels were not associated with their business and they did not mail SUBJECT PARCELS 1 or 2.

   b.   According to CLEAR database records, the recipient address listed for SUBJECT PARCEL 1 appeared to be a legitimate address but does not appear to be associated with the listed recipient, "Alex Koby."  Instead, there was an individual named "Alexander Kobylarz" at the address.  The use of an

8

abbreviated name provides plausible deniability if confronted with the parcel by law enforcement.

   c. According to CLEAR database records, the recipient address listed for SUBJECT PARCEL 2 appears to be a legitimate address but does not appear to be associated with the listed recipient, "Mathew StaH". Instead, there was an individual named "Matthew Stahl" at the address. The use of an abbreviated name provides plausible deniability if confronted with the parcel by law enforcement.

   d. According to CLEAR database records, the return address listed on SUBJECT PARCEL 3 does not appear to be a legitimate address. The recipient address listed for SUBJECT PARCEL 3 appears to be a legitimate address but does not appear to be associated with the listed recipient, "MR gURU."

   e. According to CLEAR database records, the return address listed on SUBJECT PARCEL 4 appears to be a legitimate address but does not appear to be associated with the listed sender, "ChARLIE BROWNIE." The recipient address listed for SUBJECT PARCEL 4 appears to be a legitimate address but there is no recipient name on the parcel.

  **C. Drug-Detection Dog Alerts to the SUBJECT PARCELS from Area Among Empty Parcels**

17. On July 26, 2024, Postal Inspectors spoke with Deputy Marcus Murray with the Riverside County Sheriff's Department and learned the following about SUBJECT PARCELS 1-4:

   a. On July 26, 2024, based on the suspicious characteristics of SUBJECT PARCELS 1-4, Deputy Murray had his

trained narcotics detection dog, C.C., examine the exterior of SUBJECT PARCELS 1-4.

       b.    To examine SUBJECT PARCELS 1-4, USPIS personnel placed SUBJECT PARCELS 1-4 in an area along with several empty parcels where Deputy Murray could perform a canine sniff of the parcels with C.C.

       c.    According to Deputy Murray, C.C. gave a positive alert to each of SUBJECT PARCELS 1-4 but not the empty parcels, indicating the presence of controlled substances or other items that emitted the odor of controlled substances in SUBJECT PARCELS 1-4.

       d.    Attached to this affidavit as Exhibit 1, and incorporated by reference, is a true and correct copy of Deputy Murray's declaration describing C.C.'s training and history in detecting controlled substances as well as the positive alerts on SUBJECT PARCELS 1-4.

///

///

## V. CONCLUSION

18. Based on the information provided in this affidavit, there is probable cause to believe that the SUBJECT PARCELS, as described in Attachment A, contain evidence, fruits, and instrumentalities of violations of the SUBJECT OFFENSES, as described in Attachment B.

Attested to by the applicant in
accordance with the requirements of
Fed. R. Crim. P. 4.1 by telephone
on this ____ day of August 2024.

_____
HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

<u>PARCELS TO BE SEARCHED</u>

The following United States Postal Service ("USPS") Priority Mail parcels, (collectively, the "SUBJECT PARCELS"), seized on July 25, 2024, at the USPS San Bernardino Processing and Distribution Center located in Redlands, California, and currently in United States Postal Inspection Service's custody in San Bernardino, California:

1. USPS Priority Mail Express parcel with tracking number EI 226 505 372 US, weighing approximately 13 ounces, with a return address of "SiG Inc 2177 Harbor Blvd CoSta mesa , CA 92627," and recipient address of "Alex Koby 26696 KirKway circle woodhaven , MI 48183" ("SUBJECT PARCEL 1");

2. USPS Priority Mail parcel Express with tracking number EJ 517 037 860 US, weighing approximately 15 ounces, with a return address of "SiG Inc 2177 Harbor Blvd CoSta mesa , CA 92627," and recipient address of "Mathew StaH 70-25 YellowStone Forest Hills, NY 11375" ("SUBJECT PARCEL 2");

3. USPS Priority Mail Express parcel with tracking number EJ 552 224 872 US, weighing approximately 1 pound 2 ounces, with a return address of "MikE JONES 15365 PeARMAiN St ADELANT CA 92301," and recipient address of "MR gURU 2657 LENOX RD NE F84 ATLANTA GA 30324" ("SUBJECT PARCEL 3");

4. USPS Priority Mail parcel with tracking number 9505 5141 0116 4206 4020 99, weighing approximately 5 pounds 13.9 ounces, with a return address of "ChARLIE BROWNIE 942 E St #3

ii

BRAWLY CA 92227," and recipient address of "91-1109 KAIKO ST EWA BEACH HI 96706" ("SUBJECT PARCEL 4").

## **ATTACHMENT B**

ITEMS TO BE SEIZED

The following are to be seized from the parcels described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution of, and possession with intent to distribute, a controlled substance); 846 (conspiracy to distribute, or possess with intent to distribute, a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

      a.   Any controlled substances, including cannabis;

      b.   Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

      c.   Parcel wrappings used to conceal items described in (a) and/or (b).

EXHIBIT A

# DECLARATION

I, Deputy Marcus Murray, being duly sworn, declare and state:

I am a sworn peace officer within the meaning of California Penal Code § 830.1.

## TRAINING AND EXPERIENCE:

I have been a nine-year peace officer for the Riverside County Sheriff's Department. I was assigned a canine handler position and have been serving in the San Jacinto Special Enforcement team since September 2022. At the beginning of my career with the Riverside County Sheriff's Department, I attended a six-month police academy. After completing the academy, I was assigned to the Smith Correctional Facility. In 2020, I was assigned to the patrol division, where I conducted directed patrol and responded to emergency calls for service for two years. During this time, I conducted numerous investigations involving subjects who possessed, used, sold, and transported illegal drugs. I observed, arrested, and talked to thousands of subjects while handling or assisting with these investigations.

In September 2022, I was assigned to the position of a canine handler and have been serving in the San Jacinto Special Enforcement team since September 2022, where I currently work. I frequently investigate crimes related to illicit drug sales, transportation, trafficking, manufacturing, and other associated drug violations. I have attended schools related to these investigations, such as narcotic investigation, various trafficking techniques, investigating drug trafficking organizations, and a course in Street Crimes and Drug Abuse Recognition. During these trainings, I received instruction and hands-on experience with how illicit drugs are manufactured, packaged, transported, sold, and ingested. On multiple occasions, I have purchased illicit drugs in an undercover capacity and routinely work with confidential informants during the course of my duties. I frequently interview subjects involved in the drug trade to stay informed on current street trends.

/ / /

/ / /

**NARCOTICS K9 TEAM DEPUTY MURRAY AND K9 C.C.'S TRAINING AND CERTIFICATIONS:**

In March of 2023, I attended a three-week K9 handler's course taught by Vohne Liche Kennels (VLK). in Banning, California. At the conclusion of the course, K9 "C.C." (a one-and-a-half-year-old Belgian Malinois) and I were certified as a drug detection K9 team through Vohne Liche Kennels (VLK). and Peace Officer Standards and Training ("P.O.S.T."). K9 C.C. is trained to detect odors of the following controlled substances: methamphetamine, cocaine, heroin, and fentanyl. Certifications typically are conducted bi-annually, and K9 C.C.'s most recent certification took place on March 23, 2023. In addition to bi-annual certifications, K9 C.C.'s reliability and proficiency are tested on a bi-weekly basis by Vohne Liche Kennels, in a controlled environment. All certifications and most proficiency assessments are conducted "single blind" (where the result is unknown to the handler). Single blind certification and proficiency assessments ensure that the handler cannot "cue" the dog, as the handler does not know the result. All of K9 C.C.'s certifications and training are conducted using real contraband that has been tested and confirmed as such. K9 C.C. and I train approximately 16 hours a month in the area of narcotics detection and frequently use circulated and uncirculated United States Currency as a distraction odor.

On Friday, July 26, 2024, Postal Inspector Smith advised me that he seized several parcels from the Redlands Disruption Center, County of San Bernardino, California. Postal Inspector Smith requested my K9 narcotics detection partner C.C.'s assistance in the narcotics parcel investigation. Postal Inspector Smith asked me to meet with him at the Redlands Post Office Distribution Center at 1900 West Redland Blvd. Redlands Ca 92373. At approximately 1115 hours, the same day, I responded to the Redlands Post Office with K9 C.C. and conducted a sniff of the parcel(s) described below. C.C. gave a positive alert for the presence of an odor he is trained to detect (methamphetamine, heroin, cocaine, and fentanyl).

Prior to the sniff occurring, Postal Inspection Service Task Force Officer Andrew Leong placed several (3) "dummy parcels" (empty parcels) and the SUBJECT PARCEL throughout a large office room; in addition, the live parcels were hidden out of C.C.'s sight. K9 C.C. conducted a sniff of the parcel(s) described above and gave a positive alert for the presence of an odor; he is trained to detect narcotics. K9 C.C. did not alert to the empty boxes.

K9 C.C. alerted to the odor of narcotics emitting from the parcel listed below.

#1 United States Postal Service Priority Mail Express parcel bearing tracking label number: EI 226 505 372 US

#2 United States Postal Service Priority Mail Express parcel bearing tracking label number: EJ 517 037 860 US

#3    United States Postal Service Priority Mail Express parcel bearing tracking label number: EJ 552 224 872 US

#4    United States Postal Service Priority Mail parcel bearing tracking label number: 9505 5141 0116 4206 4020 99

*Deputy Marcus Murray*
_____
Deputy Marcus Murray
Riverside County Sheriff's Department